**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 23−21363−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Timothy S. Stewart
1174 Boyers Road
Boyers, PA 16020−1610

Karthern P. Stewart
aka Kathy P. Stewart
1174 Boyers Road
Boyers, PA 16020−1610

Social Security No.:
xxx−xx−3193

xxx−xx−3486

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Anthony M. Moody
Moody Law Offices
90 WEST CHESTNUT STE 603
WASHINGTON, PA 15301−4524
Telephone number: 412−227−0867

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
January 22, 2024
10:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

CONFIRMATION HEARING DATE/TIME/LOC
January 22, 2023
10:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 12/5/23

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy S. Stewart  
Karthern P. Stewart  
    Debtors

Case No. 23-21363-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Dec 05, 2023     Form ID: rsc13     Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Timothy S. Stewart, Karthern P. Stewart, 1174 Boyers Road, Boyers, PA 16020-1610 |
| 15612926 | + | Butler County Court of Common Pleas, Ofice of the Sheriff, 300 S. Main St. 1st FL PO Box 1208, Butler, PA 16003-1208 |
| 15612927 | + | Butler Medical Providers, PO Box 1549, Ste. 301/330/501, Butler, PA 16003-1549 |
| 15612929 | | Crown Resorts at Treasure Lake, 1372 Old State Hwy 255, Du Bois, PA 15801 |
| 15612931 | + | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, 2011 Renaissance Boulevard, Suite 100, King of Prussia, PA 19406-2782 |
| 15612934 | | Health Care Solutions, PO Box 105760, Atlanta, GA 30348-5760 |
| 15612933 | + | Health Care Solutions, 119 Mill Street, Sharon, PA 16146-2181 |
| 15612935 | + | Kay Jewelers, P. O. Box 3680, Akron, OH 44398-0001 |
| 15622640 | + | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200 Norristown, PA 19401-4122 |
| 15612936 | | Mehrad Zarrinmaken, MD, 8952 E. Market Street, Warren, OH 44484-2352 |
| 15612938 | + | New Wilmington Fam Med Assoc, 3438 State Route 208, New Wilmington, PA 16142-3230 |
| 15612941 | + | UPMC Northwest, PO Box 1276, Oil City, PA 16301-5276 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 06 2023 00:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15612928 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 06 2023 00:29:00 | CMC Credit Management Company, Foster Plaza Building 7, 661 Andersen Drive, Suite 110, Pittsburgh, PA 15220-2700 |
| 15634081 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 06 2023 00:28:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15612932 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 06 2023 00:28:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15612930 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 06 2023 00:28:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, 3rd Floor, Fishers, IN 46037-9764 |
| 15632235 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 06 2023 00:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15613587 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 06 2023 00:27:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington GA 30014 |
| 15613776 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 00:41:27 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15612937 | | Email/Text: cory@montgomerylynch.com | Dec 06 2023 00:28:00 | Montgomery, Lynch & Associates, PO Box 22720, Beachwood, OH 44122-0720 |
| 15613659 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

Case 23-21363-JAD    Doc 46    Filed 12/07/23    Entered 12/08/23 00:29:45    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2023 | Form ID: rsc13 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 06 2023 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15612939 | ^ | MEBN | | |
| | | | Dec 06 2023 00:21:19 | Revco Solutions, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15612940 | | Email/PDF: cbp@omf.com | | |
| | | | Dec 06 2023 00:52:33 | SpringLeaf Financial, Lawrence Village Plaza, 2656 Ellwood RD Unit 21, New Castle, PA 16101-6282 |
| 15612942 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Dec 06 2023 00:27:00 | Verizon Wireless, 26935 Northwest HWY, Ste. 100 CFS, Southfield, MI 48033-8445 |
| 15612943 | | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Dec 06 2023 00:29:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15612944 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Dec 06 2023 00:29:00 | West Penn Power, Attn: Bankruptcy Department, 5001 Nasa Boulevard, Fairmont, WV 26554-8248 |
| 15612945 | | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Dec 06 2023 00:29:00 | West Penn Power, P.O. Box 16001, Reading, PA 19612-6001 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony M. Moody | on behalf of Debtor Timothy S. Stewart amoody@moodylawoffices.com moodyar81455@notify.bestcase.com |
| Anthony M. Moody | on behalf of Joint Debtor Karthern P. Stewart amoody@moodylawoffices.com moodyar81455@notify.bestcase.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Craig H. Fox | on behalf of Creditor Lendmark Financial Services  LLC cfox@foxandfoxlaw.com, |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2023 | Form ID: rsc13 | Total Noticed: 28 |

    bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

Denise Carlon
    on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew M. Pavlovich
    on behalf of Creditor Lendmark Financial Services  LLC mpavlovich@prpclaw.com, sruschak@prpclaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Ryan Starks
    on behalf of Creditor Freedom Mortgage Corporation Ryan.Starks@brockandscott.com wbecf@brockandscott.com

TOTAL: 10