**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY S. STEWART<br>KARTHERN P. STEWART<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>    vs.<br>No Respondents. | Case No.:23-21363 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/23/2023 and confirmed on 01/24/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,200.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,195.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,825.13 | |
|   Trustee Fee | 492.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,317.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 3,877.87 | 0.00 | 3,877.87 |
|     Acct: 1245 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 14,726.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 1245 | | | | |
|   LENDMARK FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1925 | | | | |
| | | | | 3,877.87 |
| **Priority** | | | | |
|   ANTHONY M MOODY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY S. STEWART | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY S. STEWART | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANTHONY M MOODY ESQ | 4,487.00 | 3,825.13 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,574.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 3193 | | | | |

| 23-21363 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| BUTLER MEDICAL PROVIDERS  Acct: 7534 | 0.00 | 0.00 | 0.00 | 0.00 |
| BUTLER MEDICAL PROVIDERS  Acct: 7535 | 0.00 | 0.00 | 0.00 | 0.00 |
| BUTLER MEDICAL PROVIDERS  Acct: 7536 | 0.00 | 0.00 | 0.00 | 0.00 |
| CROWN RESORTS LTD  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HEALTH CARE SOLUTIONS  Acct: 0469 | 0.00 | 0.00 | 0.00 | 0.00 |
| HEALTH CARE SOLUTIONS  Acct: 0469 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC  Acct: 0408 | 1,038.66 | 0.00 | 0.00 | 0.00 |
| CHAPTER HOLDINGS LLC FBO MEHRAD Z  Acct: 8220 | 951.54 | 0.00 | 0.00 | 0.00 |
| MONTGOMERY LYNCH & ASSOCIATES  Acct: 7640 | 0.00 | 0.00 | 0.00 | 0.00 |
| NEW WILMINGTON FAMILY MED ASSOC  Acct: 9972 | 0.00 | 0.00 | 0.00 | 0.00 |
| LENDMARK FINANCIAL SERVICES LLC  Acct: 1925 | 5,731.71 | 0.00 | 0.00 | 0.00 |
| UPMC NORTHWEST  Acct: 1202 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*  Acct: 0001 | 594.41 | 0.00 | 0.00 | 0.00 |
| WEST PENN POWER*  Acct: 0839 | 7,343.12 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*  Acct: 3193 | 100.25 | 0.00 | 0.00 | 0.00 |
| BROCK & SCOTT PLLC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BUTLER COUNTY SHERIFF  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FOX AND FOX  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 3,877.87 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,574.05 |
| SECURED | 14,726.55 |
| UNSECURED | 15.759.69 |

Date: 08/08/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com