**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY S. STEWART<br>KARTHERN P. STEWART<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Repondents. | Case No.:23-21363 JAD<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　1. The case was filed on 06/23/2023 and confirmed on 01/24/2023. The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,200.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,200.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,825.13 | |
| 　Trustee Fee | 492.00 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,317.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　FREEDOM MORTGAGE CORPORATION | 0.00 | 3,877.87 | 0.00 | 3,877.87 |
| 　　Acct: 1245 | | | | |
| 　FREEDOM MORTGAGE CORPORATION | 14,726.55 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 1245 | | | | |
| 　LENDMARK FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 1925 | | | | |
| | | | | 3,877.87 |
| **Priority** | | | | |
| 　ANTHONY M MOODY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　TIMOTHY S. STEWART | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　TIMOTHY S. STEWART | 5.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　ANTHONY M MOODY ESQ | 4,487.00 | 3,825.13 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　PA DEPARTMENT OF REVENUE* | 1,574.05 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3193 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX1363 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| BUTLER MEDICAL PROVIDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7534 | | | | |
| BUTLER MEDICAL PROVIDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7535 | | | | |
| BUTLER MEDICAL PROVIDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7536 | | | | |
| CROWN RESORTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HEALTH CARE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0469 | | | | |
| HEALTH CARE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0469 | | | | |
| LVNV FUNDING LLC | 1,038.66 | 0.00 | 0.00 | 0.00 |
| Acct: 0408 | | | | |
| CHAPTER HOLDINGS LLC FBO MEHRAD Z | 951.54 | 0.00 | 0.00 | 0.00 |
| Acct: 8220 | | | | |
| MONTGOMERY LYNCH & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7640 | | | | |
| NEW WILMINGTON FAMILY MED ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9972 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 5,731.71 | 0.00 | 0.00 | 0.00 |
| Acct: 1925 | | | | |
| UPMC NORTHWEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1202 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 594.41 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEST PENN POWER* | 7,343.12 | 0.00 | 0.00 | 0.00 |
| Acct: 0839 | | | | |
| PA DEPARTMENT OF REVENUE* | 100.25 | 0.00 | 0.00 | 0.00 |
| Acct: 3193 | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BUTLER COUNTY SHERIFF | 0.00 | 0.00 | 0.00 | 5.00 |
| Acct: | | | | |
| FOX AND FOX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\* N O N E \*\*\*

TOTAL PAID TO CREDITORS                                                                                                    3,882.87

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,579.05 |
| SECURED | 14,726.55 |
| UNSECURED | 15.759.69 |

Date: 12/09/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com